8 F.3d 822
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES of America, Plaintiff-Appellee,
v.
Douglas THOMAS, Defendant-Appellant.
 No. 93-6610.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: September 27, 1993.
Decided: October 26, 1993.
 
 Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.
 Douglas Thomas, Appellant Pro Se.
 John H. Reed, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.
 N.D.W.Va.
 DISMISSED.
 Before RUSSELL and MURNAGHAN, Circuit Judges, and CHAPMAN, Senior Circuit Judge.
 PER CURIAM:
 
 OPINION
 
 1
 Douglas Thomas noted this appeal outside the ten-day appeal period established by Fed. R. App. P. 4(b), and failed to obtain an extension of the appeal period as permitted by Fed. R. App. P. 4(b). The time periods established by Fed. R. App. P. 4 are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). Appellant's failure to note a timely appeal or obtain an extension of the appeal period deprives this Court of jurisdiction to consider this case. We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED